# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br><br>v.<br><br>LAKEISHA M. FORD (a member of the Defendant Class of Net Winners in ZeekRewards.com); TODD DISNER, et al. | § § § § § § § § § § § § § § § CASE NO. 3:21-MC-0061-S |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Judgment Creditor's Motion for Entry of Judgment in Garnishment Action [ECF No. 19], filed May 2, 2022, is **GRANTED**, and its proposed judgment will be entered.

**SO ORDERED.**

SIGNED December 7, 2023.

**UNITED STATES DISTRICT JUDGE**